**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC GILBERT, on behalf of himself and all others similarly situated, | : | |
| | : | Case No. 2:15-cv-002854 |
| Plaintiff, | : | JUDGE SMITH |
| | : | |
| v. | : | MAGISTRATE JUDGE KING |
| | : | |
| ABERCROMBIE & FITCH CO., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

The parties report that they have agreed to terms of settlement and will shortly file a motion for preliminary approval of that settlement. *Second Joint Status Report on Settlement Discussions,* ECF No. 15.

The parties are **DIRECTED** to file the motion for preliminary approval by March 11, 2016, or to report further on the status of the case by that date.

      *s/ Norah McCann King*
      UNITED STATES MAGISTRATE JUDGE

February 29, 2016