IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ERIC GILBERT, on behalf of himself
and all others similarly situated,**

      **Plaintiff,**

    **vs.**

**ABERCROMBIE & FITCH CO.,**
*et al.*,

      **Defendants.**

Civil Action 2:15-cv-2854
Judge Smith
Magistrate Judge King

## ORDER

Plaintiff has filed a motion for final approval of class action settlement and application for an award of attorneys' fees and reimbursement of expenses. ECF No. 22 ("*Plaintiff's Motion*"). As directed in the fairness hearing conducted on June 28, 2016, plaintiff may have until July 8, 2016, in which to supplement the record in support of *Plaintiff's Motion* and, specifically, his request for attorneys' fees. Plaintiff may redact privileged information from billing records, but he is **ADVISED** that such records must contain sufficient information for this Court to make an independent determination as to the reasonableness of the fees.

June 28, 2016

                                             *s/Norah McCann King*
                                                  Norah M$^c$Cann King
                                     United States Magistrate Judge