## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ERIC GILBERT, on behalf of himself
and all others similarly situated,**

       **Plaintiffs,**

  **v.**                                                                    **Case No.:  2:15-cv-2854**
                                                                              **JUDGE GEORGE C. SMITH**
                                                                              **Magistrate Judge Jolson**

**ABERCROMBIE & FITCH, CO.,** *et al.*,

       **Defendants.**

### ORDER

This case is before the Court to consider a Report and Recommendation regarding the Motion for Final Settlement Approval and Application for Award of Attorneys' Fees and Costs issued by the Magistrate Judge on August 5, 2016.  (Doc. 28).  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS and AFFIRMS** the Report and Recommendation.  Plaintiff's Motion for Final Approval of Class Action Settlement and Application for an Award of Attorneys' Fees and Reimbursement of Expenses (Doc. 22) is **GRANTED**.

The Clerk shall remove Documents 22 and 28 from the Court's pending motions list.

     **IT IS SO ORDERED.**

                      */s/ George C. Smith*
                      **GEORGE C. SMITH, JUDGE**
                      **UNITED STATES DISTRICT COURT**